IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:98-cr-47 |
| | ) | No. 3:99-cr-73 |
| CHARLES H. MARTIN | ) | |

**MEMORANDUM AND ORDER**

Defendant's *pro se* motions to amend/correct sentence [Docs. 90 and 53, respectively] are hereby DENIED. It appears that the defendant claims that he is entitled to certain credit for time spent in detention and that the Bureau of Prisons has not calculated his time correctly. However, the Attorney General - not the Court - has the authority to compute sentence credits for time in detention prior to sentencing. *McClain v. Bureau of Prisons*, 9 F.3d 503, 505 (6th Cir. 1993) (citation omitted). Furthermore, this does not appear to be an appropriate case to grant the defendant relief pursuant to 28 U.S.C. § 2241. *See Wright v. United States Bd. of Parole*, 557 F.2d 74, 77 (6th Cir. 1977).

**E N T E R :**

          *s/ James H. Jarvis*
    UNITED STATES DISTRICT JUDGE